**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jordon DeGroote*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2063*
*Jordon.degroote@usdoj.gov*

October 29, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

**Re: *Doe v. Mullin et al*, No. 26-09941 (CCC)**
**Mutual 14-Day Request for Extension**

Dear Judge Cecchi:

This Office represents Federal Defendants in this Mandamus action. *See* ECF No. 1 (Complaint). Defendants' answer deadline is currently November 9, 2026. *See* ECF No. 2. We respectfully request a 91-day extension of time, until Monday, February 8, to respond to this petition (90 days ends on a Sunday).

Our client, The United States Citizenship and Immigration Services (USCIS), has reached out to Plaintiff to schedule an interview in furtherance of Plantiff's application. Plaintiff's counsel has consented to a 91-day extension so this matter may be resolved administratively by USCIS.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jordon DeGroote*
JORDON DEGROOTE
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/30/2026